No. 1247. Lea *v.* United States. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *M. A. Grace* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 1251. Fernando Quinones Jimenez *v.* United States. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Benicio F. Sanchez* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 1252. Ex parte Brack. June 2, 1947. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *F. Regis Noel* for petitioner.

No. 1260. Vica Company *v.* Commissioner of Internal Revenue. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Walter M. Gleason* and *Max Radin* for petitioner. *Acting Solicitor General Washington, Sewall Key, A. F. Prescott* and *Newton K. Fox* for respondent.

No. 1267. Tunget *v.* Kentucky. June 2, 1947. Petition for writ of certiorari to the Court of Appeals of Kentucky denied. *A. E. Funk* for petitioner. *Eldon S.*